UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:25-CV-00740-DJH

CHARLES ZOELLER                                                    PLAINTIFF

vs.

OFFICER WALTER BAKER, *et al.*                                    DEFENDANTS

---

## DEFENDANTS BULLITT COUNTY SHERIFF WALT SHOLAR AND BULLITT COUNTY SHERIFF'S OFFICE'S MOTION TO DISMISS

---

Come Defendants, Bullitt County Sheriff Walt Sholar, individually and in his official capacity, and Bullitt County Sheriff's Office (hereafter collectively "these Defendants"); by counsel, pursuant to *Fed. R. Civ. P.* 12(b)(6) and LR 7.1 and respectfully move this Court to enter the Order filed in conjunction with this Motion thereby dismissing the claims in Plaintiff's Complaint against these Defendants.  A memorandum in support is attached hereto and adopted and incorporated by reference as if fully set forth herein.

Respectfully submitted,

/s/ Carol Schureck Petitt
Carol Schureck Petitt
Matthew R. Bastin
VAUGHN PETITT LEGAL GROUP, PLLC
7500 West Highway 146
Pewee Valley, Kentucky 40056
cpetitt@vplegalgroup.com
mbastin@vplegalgroup.com
COUNSEL FOR DEFENDANTS SHERIFF
WALT SHOLAR AND BULLITT COUNTY
SHERIFF'S OFFICE

## <u>CERTIFICATE OF SERVICE</u>

It is hereby certified that on this 19th day of January 2026, a true and correct copy of the foregoing document was filed and served via the CM/ECF system and/or U.S. Mail to:


Adrienne Southworth
112 Poplar Drive
Lawrenceburg, KY 40342
502-600-1547
AttAky@proton.me
COUNSEL FOR PLAINTIFF

Mark A. Osbourn
Bush & Osbourn, PLLC
435 Brownsboro Rd., Suite 110
Louisville, KY
502-609-2609
mosbourn@bushosbourn.com
COUNSEL FOR HILLVIEW DEFENDANTS


Troy Michael Brown, Registered Agent
Troy's Wrecker Service, Inc.
870 Old Preston Hwy. North
Louisville, KY 40229


/s/ Carol Schureck Petitt
VAUGHN PETITT LEGAL GROUP, PLLC